## Jack C. Smith, Appellant, v. Dorothy P. Smith, Appellee.

Gen. No. 45,024.

Joseph A. Fenton, for appellant; Van Duzer, Gershon & Quinlan, for appellee; Louis Gershon and Ervin F. Wilson, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed May 3, 1950; released for publication May 23, 1950.